

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2019

No. 04-18-00712-CR

Lisa Ann **ESCOBEDO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 565471
Honorable Crystal D. Chandler, Judge Presiding

## O R D E R

The Appellee's Motion for Permission to File a Supplemental Brief is hereby GRANTED.

It is so **ORDERED** on April 9, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court